UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MINERTON PROPERTIES LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RONALD J. SANDERS, et al.,<br><br>　　　　Defendants. | Case No. 18-cv-05351-JST<br><br>**ORDER GRANTING MOTIONS TO PROCEED IN FORMA PAUPERIS; ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING CASE**<br><br>Re: ECF Nos. 2, 3, 6 |

　　　　Defendants Ronald J. Sanders and Bridgette Florez have filed motions to proceed in forma pauperis. ECF Nos. 2, 3. A court may authorize prosecution of an action in federal court without prepayment of fees or security if the applicant submits an affidavit showing that he or she is unable to pay such fees. 28 U.S.C. § 1915(a). Sanders and Florez have both submitted the required documentation, and it is evident that their assets and income are insufficient to enable them to pay the filing fees. Both motions to proceed in forma pauperis are therefore granted.

　　　　The Court has also reviewed Magistrate Judge Maria Elena James's report and recommendation to remand this case. ECF No. 6. The time to file objections has passed, and no objections have been received. The Court finds the report to be correct, well-reasoned, and thorough, and adopts it in every respect. Accordingly, this case is hereby remanded to the Superior Court of California for Contra Costa County. The Clerk shall enter judgment and close the file.

　　　　**IT IS SO ORDERED.**

Dated: September 20, 2018

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge